# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## ST. LOUIS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NAVISS, LLC | § | Case No. 18-44278 399 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert J. Blackwell, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 31,740,515.00          Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,633,779.41   Claims Discharged
                                                 Without Payment: 23,550,791.86

Total Expenses of Administration: 232,970.59

---

3) Total gross receipts of $ 1,866,750.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 1,866,750.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 232,970.59 | 232,970.59 | 232,970.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 13,564.59 | 16,238.43 | 16,238.43 | 16,238.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 15,958,088.54 | 27,875,585.08 | 23,315,789.45 | 1,617,540.98 |
| **TOTAL DISBURSEMENTS** | $ 15,971,653.13 | $ 28,124,794.10 | $ 23,564,998.47 | $ 1,866,750.00 |

    4)  This case was originally filed under chapter 7 on  07/05/2018 .  The case was pending for 28 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/14/2020           By:/s/Robert J. Blackwell, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposit with Chubb Insurance for | 1129-000 | 48,750.00 |
| Disputed avoidance claims | 1241-000 | 891,000.00 |
| Disputed avoidance claims | 1249-000 | 927,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 1,866,750.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ROBERT J BLACKWELL | 2100-000 | NA | 38,240.00 | 38,240.00 | 38,240.00 |
| TRUSTEE COMPENSATION:ROBERT J. BLACKWELL | 2100-000 | NA | 41,012.50 | 41,012.50 | 41,012.50 |
| BOK FINANCIAL | 2600-000 | NA | 2,041.83 | 2,041.83 | 2,041.83 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):BLACKWELL & ASSOCIATES, P.C. | 3110-000 | NA | 136,198.00 | 136,198.00 | 136,198.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):BLACKWELL & ASSOCIATES, P.C. | 3120-000 | NA | 682.26 | 682.26 | 682.26 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):SHARAMITARO & ASSOCIATES, P.C. | 3410-000 | NA | 1,431.00 | 1,431.00 | 1,431.00 |
| ATTORNEY FOR DEBTOR EXPENSES:DAVID M.DARE | 3702-000 | NA | 13,015.00 | 13,015.00 | 13,015.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 232,970.59 | $ 232,970.59 | $ 232,970.59 |

UST Form 101-7-TDR (10/1/2010)  *(Page: 4)*

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Incontact<br>7730 Union Park Ave.<br>Suite 500<br>Midvale, UT 84047 | | 0.00 | NA | NA | 0.00 |
| | Innovative Service<br>Technology Management<br>934 Glenwood Ave.Suite 250<br>Atlanta, GA 30316 | | 0.00 | NA | NA | 0.00 |
| | Interactive Intelligencec/o The<br>Vogler Law Firm, P.C.<br>2 City Place DriveSuite 150<br>Saint Louis, MO 63141 | | 0.00 | NA | NA | 0.00 |
| | Marathon Group<br>1476 N. Green Mount Rd.<br>O Fallon, IL 62269 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| | Polsinelli 800 W. 47th StreetSuite 400 Kansas City, MO 64112 | | 0.00 | NA | NA | 0.00 |
| | Polsinelli 800 W. 47th StreetSuite 400 Kansas City, MO 64112 | | 0.00 | NA | NA | 0.00 |
| | Pride Staff 1151 S. Kingshighway Blvd. Saint Louis, MO 63110 | | 0.00 | NA | NA | 0.00 |
| | Windstream Communications IncBrown & Joseph, Ltd. P.O. Box 59838 Schaumburg, IL 60159 | | 0.00 | NA | NA | 0.00 |
| 000008A | INTERNAL REVENUE SERVICE | 5800-000 | 13,000.00 | 15,795.62 | 15,795.62 | 15,795.62 |
| | MISSOURI DEPARTMENT OF REVENUE | 5800-000 | 564.59 | 442.81 | 442.81 | 442.81 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 13,564.59 | $ 16,238.43 | $ 16,238.43 | $ 16,238.43 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CNB BANK & TRUST, N.A. | 7100-000 | 6,811,075.57 | 6,811,075.57 | 2,247,654.94 | 156,580.33 |
| 000009 | CONNER ASH, P.C. | 7100-000 | 10,857.00 | 26,979.06 | 26,979.06 | 1,879.47 |
| 000011 | EBC SOLUTIONS LLC | 7100-000 | 478,587.00 | 580,958.41 | 580,958.41 | 40,471.81 |
| 000004 | ENTERPRISE FINANCIAL GROUP | 7100-000 | 7,200,000.00 | 18,762,686.00 | 18,762,686.00 | 1,307,081.24 |
| 000001 | LEWIS BRISBOIS BISGAARD & SMITH LLP | 7100-000 | 171,899.17 | 218,278.90 | 218,278.90 | 15,206.15 |
| 000007 | MCCARTHY LEONARD & KAEMMERER, L.C. | 7100-000 | 164,014.82 | 254,050.24 | 254,050.24 | 17,698.12 |
| 000010 | POISINELLI PC | 7100-000 | 239,910.59 | 239,910.59 | 239,910.59 | 16,713.10 |
| 000006 | PPM/CAMBRIDGE, LLC | 7100-000 | 750,000.00 | 849,901.92 | 849,901.92 | 59,207.45 |
| 000005 | SPICKARD LAW, P.C. | 7100-000 | 35,180.00 | 35,180.00 | 38,805.00 | 2,703.31 |
| 000012A | WESTCHESTER FIRE INSURANCE COMPANY | 7100-000 | 93,750.00 | 93,750.00 | 93,750.00 | 0.00 |
| 000008PEN | INTERNAL REVENUE SERVICE | 7300-000 | 2,692.61 | 2,692.61 | 2,692.61 | 0.00 |
| 18PEN | MISSOURI DEPARTMENT OF REVENUE | 7300-000 | 121.78 | 121.78 | 121.78 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 15,958,088.54** | **$ 27,875,585.08** | **$ 23,315,789.45** | **$ 1,617,540.98** |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 18-44278 | 399 | Judge: Barry S. Schermer | Trustee Name: | Robert J. Blackwell, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | NAVISS, LLC | | | Date Filed (f) or Converted (c): | 07/05/18 (f) |
| | | | | 341(a) Meeting Date: | 07/27/18 |
| For Period Ending: | 10/14/20 | | | Claims Bar Date: | 07/24/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Deposit with Chubb Insurance for Telemarketer Bonds | 93,750.00 | 48,750.00 | | 48,750.00 | FA |
| 2. List of auto warranty customers Comparable sale | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. Notes receivable: David Simpson | 1,900,000.00 | 0.00 | | 0.00 | FA |
| 4. David Simpson, EBC Solutions, LLC, Eric McChesney & Bernard Bank and Preston Pierce; misappropration | 100,000.00 | 0.00 | | 0.00 | FA |
| 5. Counterclaim against Enterprise Financial Group | 29,730,515.00 | 0.00 | | 0.00 | FA |
| 6. Disputed avoidance claims (u) | 0.00 | 1,818,000.00 | | 1,818,000.00 | FA |

TOTALS (Excluding Unknown Values)    $31,834,265.00    $1,866,750.00    $1,866,750.00

Gross Value of Remaining Assets    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor was previously engaged in the car warranty sale business. Debtor ceased doing business in January 2015. Debtor and its three members, and numerous other entities, were defendants in a Texas state lawsuit alleging numerous state law fraudulent transfer claims among others. Debtor, and 2 of its members, filed bankruptcy a few days prior to 2 week jury trial scheduled in Texas. Entered Global Settlement with over 30 parties on possible avoidance actions against related entities and other transferees, and another debtor member.  Also, settled numerous other claims among parties.  Part of settlement related to bankruptcy estate of Logomasini, pending under Chapter 11, and Naviss estate receiving additional $927,000 from that estate.  Received that check on 5/5/20.  Investigating cash collateral held for telemarketing bonds. Collected $48,750 on telemarketing claim.  Claim objections were heard on 05/12/20.  Final application for attorney's fees filed on 05/15/20.   Filed Stipulation of Dismissal of Adversary 19-04024 on 05/27/20.

Case 18-44278   Doc 146   Filed 11/10/20   Entered 11/10/20 15:28:14   Main Document
Pg 9 of 14

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 18-44278   399   Judge: Barry S. Schermer | Trustee Name: | Robert J. Blackwell, Trustee |
| Case Name: | NAVISS, LLC | Date Filed (f) or Converted (c): | 07/05/18 (f) |
| | | 341(a) Meeting Date: | 07/27/18 |
| | | Claims Bar Date: | 07/24/19 |

Initial Projected Date of Final Report (TFR): 03/31/21     Current Projected Date of Final Report (TFR): 09/30/20

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-44278 -399 | | Trustee Name: | Robert J. Blackwell, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | NAVISS, LLC | | Bank Name: | BOK FINANCIAL |
| | | | Account Number / CD #: | *******3805 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3693 | | | |
| For Period Ending: | 10/14/20 | | Blanket Bond (per case limit): | $ 40,040,593.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Date | Ref | Paid To / Received From | Description | Code | Deposits | Disbursements | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/19 | 6 | Old Republic Title Company of St. Louis | Comp with Richard Podhorn et al | 1241-000 | 891,000.00 | | 891,000.00 |
| | | | Wire transferred was received on 10/07/19 | | | | |
| | | | Order signed: 09/03/19-Doc#44 | | | | |
| 10/08/19 | 010001 | Robert J Blackwell | Trustee's First Interim Commission | 2100-000 | | 38,240.00 | 852,760.00 |
| | | Blackwell & Associates, P.C. | Order signed: 09/30/19-Doc#64 | | | | |
| | | 2678 Babble Creek Lane | | | | | |
| | | O'Fallon, MO 63368 | | | | | |
| 10/08/19 | 010002 | Blackwell & Associates, P.C. | Attorney Fees - First Interim | | | 80,095.76 | 772,664.24 |
| | | 2678 Babble Creek Lane | Order signed: 09/30/19-Doc#63 | | | | |
| | | O'Fallon, MO 63368 | | | | | |
| | | | Fees   79,425.60 | 3110-000 | | | |
| | | | Expenses   670.16 | 3120-000 | | | |
| 10/31/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 931.81 | 771,732.43 |
| 11/29/19 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 1,110.02 | 770,622.41 |
| 12/05/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 770,622.41 | 0.00 |

|  | COLUMN TOTALS | 891,000.00 | 891,000.00 | 0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 0.00 | 770,622.41 | |
|  | Subtotal | 891,000.00 | 120,377.59 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 891,000.00 | 120,377.59 | |

Page Subtotals   891,000.00   891,000.00

Ver: 22.02f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-44278 -399 | Trustee Name: | Robert J. Blackwell, Trustee |
|---|---|---|---|
| Case Name: | NAVISS, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0163  Checking Account |
| Taxpayer ID No: | *******3693 | | |
| For Period Ending: | 10/14/20 | Blanket Bond (per case limit): | $ 40,040,593.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/19 | | Trsf In From BOK FINANCIAL | INITIAL WIRE TRANSFER IN | 9999-000 | 770,622.41 | | 770,622.41 |
| 01/27/20 | 030001 | BLACKWELL & ASSOCIATES, P.C. | Attorney Fees - Second Interim | | | 35,762.90 | 734,859.51 |
| | | 2678 Babble Creek | Order signed:  01/23/20-Doc#75 | | | | |
| | | P.O. Box 310 | | | | | |
| | | O'Fallon, Missouri 63366-0310 | | | | | |
| | | | Fees           35,753.40 | 3110-000 | | | |
| | | | Expenses            9.50 | 3120-000 | | | |
| 03/16/20 | 1 | CHUBB | Settlement re: telemarketer funds | 1129-000 | 48,750.00 | | 783,609.51 |
| | | | Check No. DN50250000 | | | | |
| | | | Order signed:  03/03/20-Doc#83 | | | | |
| 05/06/20 | 6 | Clayton Logomasini | Comp with Richard Podhorn et al | 1249-000 | 927,000.00 | | 1,710,609.51 |
| | | 107 Rathfarnum Drive | Check No. 2672 | | | | |
| | | Weldon Spring, MO 63304-0928 | Order signed:  09/03/19-Doc#44 | | | | |
| 08/19/20 | 030002 | Robert J. Blackwell | Chapter 7 Compensation/Expense | 2100-000 | | 41,012.50 | 1,669,597.01 |
| | | Blackwell & Associates, P.C. | Order signed:  08/04/20-Doc#141 | | | | |
| | | 2678 Babble Creek | | | | | |
| | | O'Fallon, MO  63366-0310 | | | | | |
| 08/19/20 | 030003 | Clerk, United States Bankruptcy Court | Clerk of the Courts Costs (includes | 2700-000 | | 350.00 | 1,669,247.01 |
| | | Thomas F. Eagleton U.S. Courthouse | Order signed:  08/04/20-Doc#142 | | | | |
| | | 111 South Tenth Street, Fourth Floor | | | | | |
| | | St. Louis, Missouri 63102 | | | | | |
| 08/19/20 | 030004 | BLACKWELL & ASSOCIATES, P.C. | Attorney for Trustee Fees (Trustee | | | 21,021.60 | 1,648,225.41 |
| | | 2678 Babble Creek | Order signed:  06/11/20-Doc#134 | | | | |
| | | P.O. Box 310 | | | | | |
| | | O'Fallon, Missouri 63366-0310 | | | | | |
| | | | Fees           21,019.00 | 3110-000 | | | |
| | | | Expenses            2.60 | 3120-000 | | | |
| 08/19/20 | 030005 | Sharamitaro & Associates, P.C. | Accountant for Trustee Fees (Other | 3410-000 | | 1,431.00 | 1,646,794.41 |

Page Subtotals    1,746,372.41    99,578.00

Ver: 22.02f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-44278 -399 | Trustee Name: | Robert J. Blackwell, Trustee |
|---|---|---|---|
| Case Name: | NAVISS, LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0163  Checking Account |
| Taxpayer ID No: | *******3693 | | |
| For Period Ending: | 10/14/20 | Blanket Bond (per case limit): | $ 40,040,593.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/20 | 030006 | Peter C. Sharamiitaro, Jr.<br>4227 Watson Road, Suite 2<br>St. Louis, Missouri 63109 | Order signed: 07/02/20-Doc#139 | | | | |
| 08/19/20 | 030006 | David M.Dare<br>DARE & STREET<br>439 S. Kirkwood Road, Suite 204<br>St. Louis, Missouri 63122 | Attorney for Debtor Expenses<br>Order signed: 08/04/20-Doc#142 | 3702-000 | | 13,015.00 | 1,633,779.41 |
| 08/19/20 | 030007 | Missouri Department of Revenue<br>PO Box 475<br>Jefferson City, MO 65105 | Claims of Governmental Units - 507(<br>Order signed: 08/04/20-Doc#142 | 5800-000 | | 442.81 | 1,633,336.60 |
| 08/19/20 | 030008 | Internal Revenue Service<br>Insolvency 5334 STL<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Claim 000008A, Payment 100.00000%<br>Order signed: 08/04/20-Doc#142 | 5800-000 | | 15,795.62 | 1,617,540.98 |
| 08/19/20 | 030009 | CNB Bank & Trust, N.A.<br>Attn: Andrew Abraham<br>168 N. Meramec, Suite 350<br>Clayton, MO 63105 | General Unsecured 726(a)(2)<br>Order signed: 08/04/20-Doc#142 | 7100-000 | | 156,580.33 | 1,460,960.65 |
| 08/19/20 | 030010 | Lewis Brisbois Bisgaard & Smith LLP<br>1700 Lincoln Street<br>Suite 4000<br>Denver, CO 80203 | Claim 000001, Payment 6.96639%<br>Order signed: 08/04/20-Doc#142 | 7100-000 | | 15,206.15 | 1,445,754.50 |
| 08/19/20 | 030011 | Enterprise Financial Group<br>122 W. Carpenter Frwy<br>6th Floor<br>Irving, TX 75039 | Claim 000004, Payment 6.96639%<br>Order signed: 08/04/20-Doc#142 | 7100-000 | | 1,307,081.24 | 138,673.26 |
| 08/19/20 | 030012 | Spickard Law, P.C.<br>12222 Merit Drive, Suite 305<br>Dallas, TX 75251 | Claim 000005, Payment 6.96640%<br>Order signed: 08/04/20-Doc#142 | 7100-000 | | 2,703.31 | 135,969.95 |
| 08/19/20 | 030013 | PPM/Cambridge, LLC | Claim 000006, Payment 6.96639% | 7100-000 | | 59,207.45 | 76,762.50 |

Page Subtotals        0.00        1,570,031.91

Ver: 22.02f

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-44278 -399 | | Trustee Name: | Robert J. Blackwell, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | NAVISS, LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0163  Checking Account |
| Taxpayer ID No: | *******3693 | | | |
| For Period Ending: | 10/14/20 | | Blanket Bond (per case limit): | $ 40,040,593.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Michael J. Payne<br>231 S. Bemiston Ave., Ste. 1111<br>Clayton, MO 63105 | Order signed:  08/04/20-Doc#142 | | | | |
| 08/19/20 | 030014 | McCarthy Leonard & Kaemmerer, L.C.<br>825 Maryville Centre Drive<br>Suite 300<br>Town & Country, MO 63017 | Claim 000007, Payment 6.96639%<br>Order signed:  08/04/20-Doc#142 | 7100-000 | | 17,698.12 | 59,064.38 |
| 08/19/20 | 030015 | Conner Ash, P.C.<br>c/o A. Thomas DeWoskin<br>Danna McKitrick, P.C.<br>7701 Forsyth Blvd., Suite 800<br>St. Louis, MO 63105 | Claim 000009, Payment 6.96640%<br>Order signed:  08/04/20-Doc#142 | 7100-000 | | 1,879.47 | 57,184.91 |
| 08/19/20 | 030016 | Poisinelli PC<br>Attn Accounting Dept/Bankruptcy<br>900 W 48th Place, Ste 900<br>Kansas City MO 64112 | Claim 000010, Payment 6.96639%<br>Order signed:  08/04/20-Doc#142 | 7100-000 | | 16,713.10 | 40,471.81 |
| 08/19/20 | 030017 | EBC Solutions LLC<br>13421 Manchester Road<br>Suite 105<br>St. Louis, MO 63131 | Claim 000011, Payment 6.96639%<br>Order signed:  08/04/20-Doc#142 | 7100-000 | | 40,471.81 | 0.00 |

Page Subtotals           0.00           76,762.50

Ver: 22.02f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 18-44278 -399 |
| Case Name: | NAVISS, LLC |
| Taxpayer ID No: | *******3693 |
| For Period Ending: | 10/14/20 |

| | |
|---|---|
| Trustee Name: | Robert J. Blackwell, Trustee |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0163  Checking Account |
| Blanket Bond (per case limit): | $ 40,040,593.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 1,746,372.41 | 1,746,372.41 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 770,622.41 | 0.00 | |
| | | | Subtotal | | 975,750.00 | 1,746,372.41 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 975,750.00 | 1,746,372.41 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********3805 | 891,000.00 | 120,377.59 | 0.00 |
| Checking Account - ********0163 | 975,750.00 | 1,746,372.41 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 1,866,750.00 | 1,866,750.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| | Page Subtotals | 0.00     0.00 |

Ver: 22.02f